```
             IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF GEORGIA
                       ATHENS DIVISION
```

JAMES E. HAWES,                      *

       Plaintiff              *

vs.                                  *
                                      CASE NO. 3:07-CV-92 (CDL)
MICHAEL J. ASTRUE, Commissioner      *
of Social Security,
                              *

       Defendant
_____      *

## O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 27, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 25th day of September, 2008.

                                           S/Clay D. Land
                                            CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE